# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | | |
|---|---|---|
| GEO-MED, LLC., | ) | |
| Plaintiff, | ) | No. 16-182C |
| and | ) | |
| MANUS MEDICAL, LLC, | ) | |
| Plaintiff, | ) | No. 16-183C |
| v. | ) | (Sr. Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

## DEFENDANT'S NOTICE OF CONTRACT AWARD

Pursuant to the Court's March 16, 2016 order, Dkt. No. 20, defendant, the United States, respectfully files this notice of the Department of Veterans Affairs' March 22, 2016 award of contract VA240C-16-D-0008 SAO Central Region Custom Sterile Procedure Packs to Avid Medical, Inc. *See* March 22, 2016 notice of award (appended).

*Of Counsel:*

BART EVANS
Office of General Counsel
Department of Veterans Affairs
1700 Clairmont RD
Decatur GA 30033
bart.evans@va.gov


March 23, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 s/ Scott D. Austin
Scott Austin
Assistant Director

 s/ John S. Groat
John S. Groat
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant



**Department of Veterans Affairs
SAO CENTRAL REGION
Contracting Office
708 South 3rd Street, Suite 108E
Minneapolis, MN 55415**

March 22, 2016

Avid Medical
900 Westmont Dr.
Toano, VA 23168

**Subject:** Award of Contract VA240C-16-D-0008 SAO Central Region Custom Sterile Procedure Packs

Congratulations! This letter confirms award of the subject contract to Avid Medical, Inc. in response to solicitation **VA240C-15-R-0022** for Service Area Office Central Region (SAOC) Regional Custom Sterile Procedure Packs and hereby issues you contract **VA240C-16-D-0008**. The basic period of performance for this contract is April 1, 2016 through March 31, 2017 with four (4) one (1) year options for an estimated aggregate total of **$69,931,095.74**. Individual delivery orders shall be placed by the participating stations listed within the contract. All terms, conditions, and prices specified in RFP VA240C-15-R-0022 will apply to all supplies provided under this contract. Please review and sign the enclosed SF-1449 and return it to the Contracting Officer no later than ten (10) days of receipt. A post-award conference shall be scheduled for the week of **April 4, 2016**. The Contracting Officer shall notify you of the exact date, time, location, and discussion topics within the next week.

The Government reserves the right to exercise the renewal options at the prices stated for four (4) additional twelve month periods. However, any commitments made by the Government for any Fiscal Year are subject to the availability of funds. Do not perform any service after the end of the base period unless so instructed by the Contracting Officer.

Also, enclosed is the Delegation of Authority for VISNs 9, 10/11,12,15,16, and 23 employees; Sidney Bell, Facility Logistics Manager (VISN 23), Flemiko Tolliver, Program Support Assistant (VISN 16), Tanya Kuza, Acquisition and Utilization Specialist (VISN 10/11), Charles Anderson, Education Technician (VISN 15), Pamela Pickett, Inventory Management Specialist (VISN 15), Wendy Dewitt, Administrative Office (VISN 15), Deborah Hickman, Chief, SPS, VHA (VISN15), Jodi McKinney, Administrative Officer, VHA (VISN 15), Christopher Lee, Supervisory Supply Technician, VHA (VISN 9), Randall Hicks, Inventory Management Specialist (VISN 9), Carol Agee, Data Integrity Specialist (VISN 12). They will monitor performance, report submittal and review invoices for accuracy prior to certifying them for payment. Please acknowledge one copy of each Delegation by signing one copy and returning to Kimberly Hurt.

Should you have any questions, contact Kimberly Hurt 612-344-2176, Nicole Kutsi 612-344-2171 or Julie Willie 612-344-2177.

Sincerely,

*Kimberly Hurt*

KIMBERLY C. HURT
Contracting Officer